UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LACY,

    Plaintiff,

Case No. 1:15-cv-676

v.

HON. JANET T. NEFF

GOOGLE,

    Defendant.
_____/

### ORDER

This is a civil action involving a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 2, 2015, recommending that Plaintiff's complaint be dismissed with prejudice for failure to state a claim on which relief may be granted. The Report and Recommendation was duly served on Plaintiff. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 6) is APPROVED and ADOPTED as the Opinion of the Court.

A Judgment will be entered consistent with this Order.

Dated: July 23, 2015                    /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge